| | |
|---|---|
| 1 | ROBERT J. BENSON (STATE BAR NO. 155971) |
| | rbenson@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 2050 Main Street |
| 3 | Suite 1100 |
| | Irvine, CA 92614-8255 |
| 4 | Telephone: +1 949 567 6700 |
| | Facsimile: +1 949 567 6710 |
| 5 | |
| | Attorneys for Defendant |
| 6 | HAIER AMERICA TRADING, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIA LICENSING CORPORATION, | Case No. 17-cv-03485 |
| Plaintiff, | Judge Richard Seeborg – Courtroom 3 |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE ON RESPONSE TO COMPLAINT** |
| HAIER AMERICA TRADING, LLC, | |
| Defendant. | **<u>JURY TRIAL DEMANDED</u>** |

OHSUSA:767689797.1

| | |
|---|---|
| 1 | WHEREAS, on June 15, 2017, plaintiff Via Licensing Corporation ("Via") filed its Complaint for Breach of Contract Seeking Damages and Specific Performance (Dkt. No. 1) (the "Complaint"); |

WHEREAS, on June 15, 2017, plaintiff Via Licensing Corporation ("Via") filed its Complaint for Breach of Contract Seeking Damages and Specific Performance (Dkt. No. 1) (the "Complaint");

WHEREAS, on September 7, 2017, in-house counsel for defendant Haier America Trading, LLC ("Haier") contacted Via's in-house counsel and the parties agreed that Haier's time to respond to the Complaint would be extended by sixty (60) days, which was granted by the Court on September 14, 2017, making the response date November 13, 2017;

WHEREAS, on Saturday, November 11, 2016, Haier retained counsel in this matter, Orrick, Herrington & Sutcliffe LLP, to represent it in the above-captioned action;

WHEREAS, given the recent retention of Orrick in this action, Via has agreed to an additional one-week extension of time for Haier to answer or otherwise respond to the Complaint;

WHEREAS, Haier does not request any extension of other current deadlines in the action, which will not be affected by this stipulation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Via and Haier, by and through their respective counsel, that:

1. Defendant Haier shall have until and including November 20, 2017, to answer or otherwise respond to the Complaint.

Dated: November 13, 2017

ROBERT J. BENSON
Orrick, Herrington & Sutcliffe LLP


By:/s/ Robert J. Benson
ROBERT J. BENSON
Attorneys for Defendant
HAIER AMERICA TRADING, LLC

Dated: November 13, 2017

LAURA KABLER OSWELL
ANTONIA STAMENOVA-DANCHEVA
Sullivan & Cromwell LLP


By: /s/ Laura Kabler Oswell
LAURA KABLER OSWELL
Attorneys for Plaintiff
VIA LICENSING CORPORATION

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

\*    \*    \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 13, 2017

---------------------------------------------------
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

OHSUSA:767689797.1