UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIA LICENSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HAIER AMERICA TRADING LLC,<br><br>Defendant. | Case No. 17-cv-03485-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 14, 2017. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.   ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  The parties will seek to engage in private mediation by April 13, 2018.

2.   AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be January 17, 2018.  After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

3.   DISCOVERY.

Expedited Sales Discovery shall be completed by January 19, 2018. All non-expert discovery shall be completed by the parties on or before April 13, 2018. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per

party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

4. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a. Reports from, and identification of, experts testifying to issues as to which the party producing the expert bears the burden of proof are due May 4, 2018.

b. Reports from, and identification of, experts testifying to issues as to which the party producing the expert does not bear the burden of proof are due May 25, 2018.

c. On or before June 29, 2018, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

6. FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **April 26, 2018 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

7. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.

Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than October 4, 2018. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

8. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **Thursday, November 29, 2018 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

9. TRIAL DATE.

A jury trial shall commence on **Monday, December 10, 2018 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: December 14, 2017

RICHARD SEEBORG
United States District Judge