Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Plaintiff*
*VIA LICENSING CORPORATION*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIA LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HAIER AMERICA TRADING, LLC<br><br>    Defendant. | Case No. 3:17-cv-03485-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER** |

1  WHEREAS, on June 15, 2017, Via Licensing Corporation ("Via") filed a Complaint for Breach of Contract Seeking Damages and Specific Performance (the "Complaint") against Haier America Trading, LLC ("Haier") in the above entitled action;

WHEREAS, on December 14, 2017, the Court entered a Case Management Scheduling Order setting a trial date of December 10, 2018 and a number of interim deadlines, including a mediation deadline of April 13, 2018 and a close of fact discovery deadline of April 13, 2018;

WHEREAS, the Court has not previously modified its Case Management Scheduling Order, but, after Haier made an appearance in this case, the Court granted Via's Unopposed Motion to Set Aside the Default Entered Against Haier America Trading, LLC, to Extend Defendant's Time to Respond to the Complaint, and to Continue the Case Management Conference and Related Deadlines (Dkt. Nos. 19, 20), and further granted a stipulation extending Haier's time to answer the Complaint by one week (Dkt. Nos. 22, 23);

WHEREAS, Via served its First Set of Requests to Produce Documents on November 17, 2017, and since that time has served additional requests for documents and interrogatories.

WHEREAS, Haier has also served discovery in this action, including two sets of requests to produce documents and a set of interrogatories;

WHEREAS, Via and Haier (together, the "Parties") have spent several months actively negotiating on discovery, but the vast majority of the discovery remains outstanding, and Via and Haier agree that discovery cannot now realistically be completed by the April 13, 2018 deadline currently imposed by the Case Management Scheduling Order;

WHEREAS, the parties had agreed in their Joint Case Management Scheduling Order dated December 7, 2017 that Via is entitled to "an inspection of Haier America's books and records, pursuant to Section 4.7 of the AAC PLA," and "agreed to cooperate in commencing an audit on December 6, 2017, or soon thereafter, and facilitating its completion within a month," but that audit is not yet complete;

WHEREAS, the Case Management Scheduling Order foresees that the Parties will engage in ADR mediation by April 13, 2018, but the Parties agree that mediation efforts will be more

productive after the audit required by Section 4.7 of the AAC PLA and additional discovery have been completed;

WHEREAS, on March 20, 2018, Haier filed a Motion to Stay Action, which Via opposed, seeking to stay the action pending the outcome of an audit;

WHEREAS, on April 9, 2018, the Court issued its order denying Haier's Motion to Stay Action (Dkt. No. 51).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their respective, counsel, that:

1. The deadlines in the Case Management Scheduling Order of December 14, 2017 should be modified as follows:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Case Management Conference | April 26, 2018 | April 26, 2018 (unchanged) |
| ADR Mediation Deadline | April 13, 2018 | May 31, 2018 |
| Fact Discovery Cut-Off | April 13, 2018 | June 13, 2018 |
| Expert Reports and Disclosures | May 4, 2018 | July 2, 2018 |
| Rebuttal Expert Reports and Disclosures | May 25, 2018 | July 25, 2018 |
| Expert Discovery Cut-Off | June 29, 2018 | August 29, 2018 |
| Deadline for Hearings on Pretrial Motions | October 4, 2018 | October 4, 2018 (unchanged) |
| Pretrial Conference | November 29, 2018 | November 29, 2018 (unchanged) |
| Jury Trial | December 10, 2018 | December 10, 2018 (unchanged) |

Dated:  April 11, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Laura Kabler Oswell

Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212)558-3588

Antonia Stamenova-Dancheva (SBN 268292)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Plaintiff VIA LICENSING CORPORATION*

Dated: April 11, 2018

   */s/ Jon L. Rewinski* (with permission by LKO)

Jon L. Rewinski (State Bar No. 116124)
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:    213.485.1500
Facsimile: 213.485.1200

*Attorneys for Defendant HAIER AMERICA TRADING, LLC*

In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

   */s/ Laura Kabler Oswell*
      Laura Kabler Oswell

# [~~PROPOSED~~] ORDER

PURSUANT TO THIS STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 4/11/18

_____
The Honorable Richard Seeborg
United States District Court Judge