Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Plaintiff*
*VIA LICENSING CORPORATION*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIA LICENSING CORPORATION,<br><br>             Plaintiff,<br><br>       v.<br><br>HAIER AMERICA TRADING, LLC<br><br>             Defendant. | Case No. 3:17-cv-03485-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING FACT DEPOSITION AND MOTION TO COMPEL DEADLINES** |

1     WHEREAS, on June 15, 2017, Via Licensing Corporation ("Via") filed a Complaint for
2 Breach of Contract Seeking Damages and Specific Performance (the "Complaint") against Haier
3 America Trading, LLC ("HAT") in the above entitled action;

4     WHEREAS, on December 14, 2017, the Court entered a Case Management Scheduling
5 Order setting a trial date of December 10, 2018 and a number of interim deadlines, including a close of
6 fact discovery deadline of April 13, 2018;

7     WHEREAS, on April 11, 2018, the Court granted Via and HAT's (together, the
8 "Parties") request to extend certain discovery and mediation deadlines (the Parties' request did not seek
9 to alter trial related deadlines), and the close of fact discovery is currently set for June 13, 2018 (Dkt.
10 No. 53);

11     WHEREAS, the Court has not otherwise altered the Case Management Scheduling
12 Order, but, after HAT made an appearance in this case, the Court granted Via's Unopposed Motion to
13 Set Aside the Default Entered Against Haier America Trading, LLC, to Extend Defendant's Time to
14 Respond to the Complaint, and to Continue the Case Management Conference and Related Deadlines
15 (Dkt. Nos. 19, 20), and further granted a stipulation extending HAT's time to answer the Complaint by
16 one week (Dkt. Nos. 22, 23);

17     WHEREAS, Via has served deposition notices on HAT and two deposition subpoenas on
18 third parties;

19     WHEREAS, despite diligent efforts the Parties expect that certain document productions
20 pursuant to pending requests and several previously noticed depositions will be completed after June 13,
21 2018.

22     WHEREAS, Civil Local Rule 37-3 requires that all motions to compel be filed no more
23 than seven days after the close of fact discovery;

24     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
25 Parties, by and through their respective, counsel, that:

26
27
28

1. Any motions to compel relating to previously served discovery requests and deposition notices may be filed no later than seven days after the date of the last fact witness deposition.

Dated: June 11, 2018

*/s/ Laura Kabler Oswell*

Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Garrard R. Beeney (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212)558-3588

Antonia Stamenova-Dancheva (SBN 268292)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Plaintiff VIA LICENSING CORPORATION*

Dated: June 11, 2018

*/s/ Jon L. Rewinski* (with permission)

Jon L. Rewinski (State Bar No. 116124)
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:    213.485.1500
Facsimile: 213.485.1200

*Attorneys for Defendant HAIER AMERICA TRADING, LLC*

1   In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that
2   concurrence in the filing of this document has been obtained from the other signatories above.

3
                                            */s/ Laura Kabler Oswell*
                                            Laura Kabler Oswell

**[~~PROPOSED~~] ORDER**

PURSUANT TO THIS STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 6/12/18

_____
The Honorable Richard Seeborg
United States District Court Judge