Laura Kabler Oswell (SBN 241281)
Daniel A. Loevinsohn (SBN 311807)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Attorneys for Plaintiff*
*VIA LICENSING CORPORATION*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIA LICENSING CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HAIER AMERICA TRADING, LLC<br><br>　　　　　Defendant. | Case No. 3:17-cv-03485-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS** |

WHEREAS, on June 15, 2017, Via Licensing Corporation ("Via") filed a Complaint for Breach of Contract Seeking Damages and Specific Performance (the "Complaint") against Haier America Trading, LLC ("HAT") in the above-entitled action;

WHEREAS, on November 20, 2018, the parties signed a confidential settlement term sheet (the "Settlement Term Sheet") and agreed to work together to prepare a formal settlement agreement consistent with the terms set forth in the Settlement Term Sheet;

WHEREAS, among other terms the Settlement Term Sheet requires HAT and related entities to perform certain obligations on or before December 31, 2018, (collectively, the "Haier 2018 Obligations");

WHEREAS, the Settlement Term Sheet contemplates that within three business days of performance of the last of the Haier 2018 Obligations, the parties shall file a stipulation of dismissal without prejudice which shall request that the Court retain jurisdiction to enforce the terms of the Settlement Term Sheet or, if superseded by a formal settlement agreement, the terms of the formal settlement agreement;

WHEREAS, this case is scheduled for a trial commencing on December 10, 2018, and there are numerous interim deadlines in connection with this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Via and HAT, by and through their respective counsel, that:

1. In light of the agreements reached in the Settlement Term Sheet, all proceedings in the above-captioned action shall be stayed until January 31, 2019, and all currently-set deadlines vacated, to allow the parties time to prepare a formal settlement agreement, and to allow time for the performance of the Haier 2018 Obligations;

2. If for some reason, the parties do not file a stipulated dismissal by January 7, the parties request that the Court set a case management conference at the next earliest available date in January 2019 to discuss the case and set new deadlines as necessary.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2018 | /s/ Laura Kabler Oswell |

Dated: November 21, 2018     /s/ Laura Kabler Oswell

Laura Kabler Oswell (SBN 241281)
Daniel A. Loevinsohn (SBN 311807)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Garrard R. Beeney (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212)558-3588

Antonia Stamenova-Dancheva (SBN 268292)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Plaintiff VIA LICENSING CORPORATION*

Dated: November 21, 2018     /s/ Bryan G. Harrison (with permission)

Jon L. Rewinski (State Bar No. 116124)
Jamie M. Cheng (State Bar No. 298750)
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213.485.1500
Facsimile: 213.485.1200

Bryan G. Harrison (*pro hac vice*)
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: 404.870.4600
Facsimile: 404.872.4457

*Attorneys for Defendant HAIER AMERICA TRADING, LLC*

In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

　　　　　　　　　　　　　　　*/s/ Laura Kabler Oswell*
　　　　　　　　　　　　　　　Laura Kabler Oswell

**[PROPOSED] ORDER**

PURSUANT TO THIS STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 11/21/18

_____
The Honorable Richard Seeborg
United States District Court Judge